**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TROY G DUN, | Case No. 2:25-CV-00953-TLN-JDP |
| Plaintiff, | Hon. Judge Troy L. Nunley<br>Hon. Magistrate Judge Jeremy D. Peterson |
| vs. | |
| FCA US LLC, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING ORDER DEADLINES AND DATES (ECF 2)** |
| Defendant. | |
| | Case Removed: March 27, 2025 |

**Order**

The Court, having considered the First Joint Stipulation to Continue Scheduling Order Deadlines and Dates ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates and deadlines are hereby vacated

    a. Close of fact discovery: June 3, 2026;

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES

b.  Initial Expert Disclosure: August 2, 2026;

c.  Supplemental Expert Disclosure: September 1, 2026;

d.  Supplemental Discovery Deadline: October 31, 2026; and

e.  Deadline to file Dispositive Motion(s): November 30, 2026

2.  The continued dates and deadlines are as follows:

a.  Close of fact discovery: September 3, 2026;

b.  Initial Expert Disclosure: November 2, 2026;

c.  Supplemental Expert Disclosure: December 1, 2026;

d.  Supplemental Discovery Deadline: January 31, 2027; and

e.  Deadline to file Dispositive Motion(s): February 28, 2027

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 2, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES

ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE DATES AND DEADLINES